UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In Re:                                                         Chapter 7
                                                               Case No.: 20-10504-smb
Rodney Fabor
                                                               NOTICE OF WITHDRAWAL
                                                               FROM CHAPTER 7 PROCEEDING

                        Debtor.
_____X

I, Rodney Fabor, hereby certify under the penalty of perjury that:

1. I am the Debtor in the above captioned matter.

2. I filed a Chapter 7 petition on February 18, 2020.

3. On or about January 6, 2021, I submitted a request for Loss Mitigation.

4. Based upon recent discovery and on updated foreclosure laws, I have reason to believe that the judgment entered against me by creditor, Bank of America can be vacated.

5. I would like to go back to the state court to litigate certain issues in order to settle this claim.

6. The case has not been converted under **Section 706, 1112 or 1208** of Title 11 of the United States Code.

7. I give notice and respectfully request that this Court withdraw my request for Loss Mitigation and dismiss this case pursuant to **11 U.S.C. Section 1307.**

Dated: February 17, 2021

_____
Rodney Fabor, Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

RODNEY FABOR,

    Debtor

NOTICE OF MAILING

Case No.: 20-10504-SMB

I, RODNEY FABOR, states for the record that on March 1, 2021 a copy of my request for withdrawal from Chapter 7 proceedings was mailed to:

Togut, Segal & Segal LLP
Albert Togut
One Penn Plaza, Suite 3335
New York, NY 10119

BANK OF AMERICA
P.O. BOX 15222
WILMINGTON, DE 19886-5222

Frenkel Lambert Weiss Weisman & Gordon, LLP
53 Gibson Street, Bay Shore,
New York 11706-8369

Dated: March 1, 2021

_____
Rodney Fabor, Debtor

